UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RICHARD D'ANGELO,

                      Plaintiff,

      -against-

RXR REALTY,

                      Defendant.
-----------------------------------------------------------------x

Civ. No.: 22-cv-5219 (JLR)

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety and with no award of attorneys' fees, costs or disbursements by the Court to any party.

Dated: October 17, 2021

| | |
|---|---|
| ADVOCATES FOR JUSTICE<br>CHARTERED ATTORNEYS<br>*ATTORNEYS FOR PLAINTIFF*<br>225 Broadway, Suite 1902<br>New York, NY 10007<br><br>By: _____<br>ARTHUR Z. SCHWARTZ, ESQ. | JACKSON LEWIS P.C.<br>*ATTORNEY FOR DEFENDANT*<br>58 South Service Road, Suite 250<br>Melville, New York  11747<br>(631) 247-0404<br><br>By: Jeffrey M. Schlossberg<br>JEFFREY M. SCHLOSSBERG, ESQ. |

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge

4860-1755-1930, v. 1

By stipulation and agreement, this action is DISMSSED in its entirety and with no award of attorneys' fees, costs or disbursements by the Court to any party.

Dated:  October 18, 2022
            New York, New York